JOHN C. WILLBRAND, ESQ., SBN 68026
Attorney at Law
2280 Diamond Boulevard, Suite 440
Concord, CA 94520
(925) 676-8800

Attorney for Plaintiff
DIANA BAILEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BAILEY, | NO. CV-05-01986 KJM |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BE EXCUSED FROM ELECTRONIC CASE FILING REQUIREMENTS |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having considered the arguments and papers submitted in support of and in opposition to the motion of plaintiff DIANA BAILEY for an order excusing her from the Court's Electronic Case Filing requirements in this case, and

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED, and that plaintiff DIANA BAILEY and her attorney of record are excused from the Electronic Case Filing requirements in this case and that plaintiff may manually file all further papers and documents in this action.

DATED: 10/25/05

_____
UNITED STATES MAGISTRATE JUDGE